# EXHIBIT "A"



June 10, 2020

**Via Email**

Jeffrey Bennet
Legal-Ease, LLC
Mallside Plaza
198 Maine Mall Road
South Portland, ME 04106

**RE:    Final Demand for Immediate Return of Deposit**

Mr. Bennet:

As your client is fully aware, on May 8, 2020, Lezer Corp ("Lezer"), ordered 216,000 units of Pharma-C-Wipe 70% Isopropyl Alcohol Wipes from Noble Partners LLC ("Noble"), for $432,000. Pursuant to this agreement, on May 11, 2020, Lezer made a 25% deposit to Noble in the amount of $108,000. This order was premised on timely delivery of all 216,000 units of Pharma-C-Wipes. Noble failed to deliver. This has caused irreparable damage to Lezer in the form of lost orders and customers. Upon Noble's breach, Lezer immediately notified Noble and demanded the return of its deposit. To date, Noble has simply refused, and instead has offered only excuses and stall tactics, thereby converting funds it does not own and causing further damage to Lezer.

Noble is hereby notified that if the $108,000 deposit is not returned **by Friday, June 12, 2020 at 5pm ET**, legal action will be taken against Noble to recover all damages permitted under the law. Wire instructions for the return of the deposit have been provided to Noble. If your client needs those instructions again, please notify me immediately.

Nothing herein shall be deemed an admission or waiver of any of Lezer's rights or remedies, either in law or in equity, all of which are hereby expressly reserved.

Sincerely,

Aharon S. Kaye
GUTNICKI LLP
4711 Golf Road, Suite 200
Skokie, IL 60076
akaye@gutnicki.com
(847) 745-6594