# EXHIBIT "C"

# Read Law PLLC

ALEXIS S. READ, ESQ.
ASR@ALEXISREADLAW.COM

25 SE SECOND AVENUE, EIGHTH FLOOR
MIAMI, FLORIDA 33131
TEL: (305) 209-2131
WWW.READLAWPLLC.COM

June 25, 2020

**VIA U.S. MAIL AND FEDEX**
Noble Partners LLC
1148 Forest Ave
Portland, ME 04101

Sean Grady
86 Rockland Ave
Portland, ME 04102

RE:  CIVIL THEFT NOTICE – FLA. STAT. § 772.11
     *Lezer Corp. adv. Noble Partners LLC and Sean Grady*

Mr. Grady:

This firm, together with Gutnicki LLP, represents Lezer Corp. ("Lezer") in regard to the initial deposit in the amount of $108,000.00 wired to Noble Partners LLC ("Noble Partners") on or about May 11, 2020.

This letter is a written demand under Florida Statute § 772.11 (Civil Remedy for Theft), which provides, in pertinent part:

> Any person who proves by clear and convincing evidence that he or she has been injured in any fashion by reason of any violation of ss. 812.012-812.037 or s. 825.103(1) *has a cause of action for threefold the actual damages sustained* and, in any such action, *is entitled to minimum damages in the amount of $200, and reasonable attorney's fees and court costs* in the trial and appellate courts. Before filing an action for damages under this section, the person claiming injury must make a written demand for $200 or the treble damage amount of the person liable for damages under this section. If the person to whom a written demand is made complies with such demand within 30 days after receipt of the demand, that person shall be given a written release from further civil liability for the specific act of theft or exploitation by the person making the written demand.

Lezer hereby demands immediate payment of **$108,000.00** paid to you in connection with the agreement between Lezer and Noble Partners whereby Noble Partners was obligated to supply Lezer with 216,000 units of 70% Isopropyl Pharma-C-Wipes by May 18, 2020, which Noble Partners failed to deliver. To date, despite repeated demands, you have failed and refused to return Lezer's funds which you are clearly not entitled to. Upon information and belief, you misappropriated Lezer's funds for your own personal benefit and have abused the corporate structure of Noble Partners rendering you personally liable for the stolen funds.

*Letter to Noble Partners & Sean Grady*
Civil Theft Notice
Page **2** of **2**

    Your unlawful dispossession of Lezer's funds constitutes civil theft. Accordingly, consider this letter as your written demand under Fla. Stat. § 772.11 to make restitution and pay to Lezer three (3) times the misappropriated $108,000.00 in the sum amount of **$324,000.00**. Payment should be tendered in readily available funds to Read Law PLLC, c/o Alexis S. Read, Esq., 25 SE Second Avenue, Eighth Floor, Miami, Florida 33131.

    Be advised that if payment is not tendered within <u>thirty (30) days</u> from the receipt of this letter, Lezer shall exercise all legal rights and remedies against you individually and Noble Partners as provided under Florida law to the fullest extent possible. This letter reserves all rights of Lezer without limitation and/or further reservation.

**GOVERN YOURSELF ACCORDINGLY.**

Sincerely,

*[signature]*

Alexis S. Read, Esq.

cc:    Aharon Kaye, Esq.
       Jeff Pollack