## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:20-CV-23235-RNS

Plaintiff:
**LEZER CORP**

vs.

Defendant:
**NOBLE PARTNERS LLC, D/B/A NOBLE MEDICAL SUPPLY; AND SEAN GRADY**

For:
ALEXIS SOPHIA READ, ESQ.
READ LAW PLLC
25 SE 2ND AVE.,
8TH FL
MIAMI, FL 33131

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 14th day of September, 2020 at 5:38 pm to be served on **NOBLE PARTNERS LLC, D/B/A NOBLE MEDICAL SUPPLY C/O SEAN GRADY, 12 WELLSTONE DRIVE, PORTLAND, ME 04103**.

I, SARAH-GRACE ANGLE, do hereby affirm that on the **19th day of September, 2020** at **10:03 am, I:**

**EFFECTED CORPORATE SERVICE** by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT; PLAINTIFF'S VERIFIED MOTION FOR PREJUDGMENT WRIT OF ATTACHMENT OF DEFENDANTS' ASSETS AND PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW** with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to: **SEAN GRADY** as **OWNER** for **NOBLE PARTNERS LLC, D/B/A NOBLE MEDICAL SUPPLY**, at the address of: **12 WELLSTONE DRIVE, PORTLAND, ME 04103**, and informed said person of the contents therein, in compliance with State Statutes

I certify that I am over the age of 18, have no interest in the above action, and am authorized to effect civil process in the jurisdiction where process was made.  Under penalty of perjury, I declare the facts contained herein are true and correct.

_____
**SARAH-GRACE ANGLE**
Process Server

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2020002826

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t