# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 1:20-CV-23235-RNS

Plaintiff:
**LEZER CORP**

vs.

Defendant:
**NOBLE PARTNERS LLC, D/B/A NOBLE MEDICAL SUPPLY; AND SEAN GRADY**

For:
ALEXIS SOPHIA READ, ESQ.
READ LAW PLLC
25 SE 2ND AVE.,
8TH FL
MIAMI, FL 33131

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 14th day of September, 2020 at 5:38 pm to be served on **SEAN GRADY, 12 WELLSTONE DRIVE, PORTLAND, ME 04103**.

I, SARAH-GRACE ANGLE, do hereby affirm that on the **19th day of September, 2020** at **10:03 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND AMENDED COMPLAINT; PLAINTIFF'S VERIFIED MOTION FOR PREJUDGMENT WRIT OF ATTACHMENT OF DEFENDANTS' ASSETS AND PRELIMINARY INJUNCTION, AND INCORPORATED MEMORANDUM OF LAW**, with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to, **SEAN GRADY** and who is over the age of 15, at the address of **12 WELLSTONE DRIVE, PORTLAND, ME 04103**, the defendant/witness usual place of abode and informed said person of the contents therein, in compliance with State Statutes

**Military Status:** Based upon inquiry, the defendant is not in the military service of the United States.

I certify that I am over the age of 18, have no interest in the above action, and am authorized to effect civil process in th e jurisdiction where process was made.  Under penalty of perjury, I declare the facts contained herein are true and correct.

**SARAH-GRACE ANGLE**
Process Server

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
**8724 SW 72nd Street**
**#402**
**Miami, FL 33173**
**(305) 412-1178**

Our Job Serial Number: LIM-2020002827

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t