**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:20-cv-23235-RNS

LEZER CORP.
a Delaware corporation,

        Plaintiff,

    v.

NOBLE PARTNERS LLC,
a Maine limited liability company, d/b/a
NOBLE MEDICAL SUPPLY;
SEAN GRADY, an individual,

        Defendants.

_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, NOBLE PARTNERS LLC d/b/a NOBLE MEDICAL SUPPLY**

    Plaintiff, LEZER CORP., a Delaware corporation ("Plaintiff" or "Lezer"), by and through its undersigned attorneys, hereby files this Motion for Entry of Clerk's Default against Defendant, NOBLE PARTNERS LLC d/b/a NOBLE MEDICAL SUPPLY ("Defendant" or "Noble"), and in support thereof states as follows:

    1.    Plaintiff filed the instant action on August 4, 2020 [D.E. 1], as amended on August 13, 2020 [D.E. 8].

    2.    On September 19, 2020, Plaintiff obtained service of process on Defendant [D.E. 14].

- 2 -

3. To date, Defendant has not filed an answer or any type of responsive pleading or otherwise with the Court despite being required to do so pursuant to Fla.R.Civ.P. 12. The time has passed for Defendant to comply.

WHEREFORE, Plaintiff respectfully requests the Clerk of Court enter a Clerk's Default against Defendant, NOBLE PARTNERS LLC d/b/a NOBLE MEDICAL SUPPLY, for its failure to timely file an answer or responsive pleading in this action.

Dated: October 14, 2020

Respectfully submitted,

**READ LAW PLLC**
*Co-Counsel to Plaintiff*
25 SE 2nd Avenue, Eighth Floor
Miami, Florida 33131
Phone: (305) 209-2131
asr@alexisreadlaw.com

By: */s/ Alexis S. Read*
Alexis S. Read, Esq.
Fla. Bar No. 98084

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 14, 2020, a true and correct copy of the foregoing was served via e-mail to those parties required to receive e-mail service pursuant to Fla. R. Jud. Admin. 2.516, and/or by U.S. Mail to all parties on the CM/ECF Service List:

| | |
|---|---|
| Sean Grady<br>12 Wellstone Drive<br>Portland, ME 04013 | Noble Partners LLC<br>d/b/a Noble Medical Supply<br>Attn: Sean Grady, President<br>12 Wellstone Drive<br>Portland, ME 04013 |

By: /s/ *Alexis S. Read*
Alexis S. Read, Esq.
Fla. Bar No. 98084