United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lezer Corp., Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-23235-Civ-Scola |
| Noble Partners LLC, dba Noble | ) |
| Medical Supply and Sean Grady, | ) |
| Defendants. | ) |

## Order Adopting Report and Recommendations

The Court referred Plaintiff Lezer Corp.'s motion for a prejudgment writ of attachment and preliminary injunction (ECF No. 11) to United States Magistrate Judge Edwin G. Torres for a report and recommendation. Defendants Noble Partners LLC, doing business as Noble Medical Supply, and Sean Grady never responded and Judge Torres issued a report and recommendation, recommending that the Court deny the motion. (Rep. & Rec., ECF No. 16.) No objections to the report and recommendation have been filed by either party and the time to do so has passed.

Nonetheless, the Court has considered—de novo—Judge Torres's report, the record, and the relevant legal authorities. The Court finds Judge Torres's report and recommendation cogent and compelling. The Court thus **adopts** his recommendations in full (**ECF No. 16**), **denying** Lezer's motion (**ECF No. 11**) and concluding that Lezer is not entitled to freeze the Defendants' assets, either through a preliminary injunction or through a prejudgment writ of attachment or garnishment under Florida statutes.

**Done and ordered** at Miami, Florida, on October 23, 2020.

_____
Robert N. Scola, Jr.
United States District Judge