United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lezer Corp., Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 20-23235-Civ-Scola |
| Noble Partners LLC, dba Noble ) | |
| Medical Supply and Sean Grady, ) | |
| Defendants. ) | |

## Order Referring Motion to Magistrate Judge

The Court **refers** Plaintiff Lezer Corp.'s motion for default final judgment (**ECF No. 25**) to United States Magistrate Judge Edwin G. Torres for a report and recommendations, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.

The Court directs the Clerk to mail copies of this order to the Defendants at the addresses listed below.

**Done and ordered** at Miami, Florida, on November 19, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*
**Noble Partners LLC**, doing business as Noble Medical Supply
Attn: Sean Grady, President
12 Wellstone Drive
Portland, ME 04013

**Sean Grady**
12 Wellstone Drive
Portland, ME 04013