United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lezer Corp., Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-23235-Civ-Scola |
| Noble Partners LLC, dba Noble | ) |
| Medical Supply and Sean Grady, | ) |
| Defendants. | ) |

## Judgment

The Court has granted final default judgment in Plaintiff Lezer Corp.'s favor. (Order, ECF No. 30.) The Court now enters judgment in favor of Lezer, in the amount of **$108,000**, and against Defendants Noble Partners LLC, doing business as Noble Medical Supply, and Sean Grady, jointly and severally and as required by Federal Rule of Civil Procedure 58. For which sum, let execution issue. This case is to remain closed.

The Court directs the Clerk to **mail** copies of **this order** as well as the Court's **order regarding Judge Torres's report and recommendation** (Order, **ECF No. 30**) to the defaulting Defendants at the addresses listed below.

**Done and ordered** in Miami, Florida, on December 30, 2020.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies to:*
**Noble Partners LLC**, doing business as Noble Medical Supply
Attn: Sean Grady, President
12 Wellstone Drive
Portland, ME 04013

**Sean Grady**
12 Wellstone Drive
Portland, ME 04013