United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Lezer Corp., Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-23235-Civ-Scola |
| Noble Partners LLC, dba Noble | ) |
| Medical Supply and Sean Grady, | ) |
| Defendants. | ) |

## Order Adopting Magistrate's Report and Recommendation

This matter was referred to United States Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiff's motion to tax costs (ECF No. 34). On February 19, 2021, Judge Torres issued a report, recommending that the Court grant the motion in part and deny it in part, and award the Defendant costs in the amount of $530. (Rep. & Recs., ECF No. 42.) No objections have been filed and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation (**ECF No. 42**) and **grants in part and denies in part** the Plaintiff's motion (**ECF No. 34**). Consistent with the report, the Court awards **$530** in taxable costs to Plaintiff Lezer Corp. to be paid, jointly and severally, by Defendants Noble Partners LLC, dba Noble Medical Supply and Sean Grady.

A copy of this order will be forwarded via U.S. mail to any pro se litigant who has not provided the Court with an email address.

**Done and ordered** at Miami, Florida on March 8, 2021.

_____
Robert N. Scola, Jr.
United States District Judge